UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ANGELA V. WOODHULL,**                               CASE NO. 6:13-cv-384

        Plaintiff,

v.

**REBECCA FIERLE, et. al.,**

        Defendants.

---

### NOTICE OF APPEAL

---

Notice is hereby given that Plaintiff, Angela V. Woodhull, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Order entered in this action on April 30, 2013.

        Respectfully submitted,

        F. HARRISON GREEN CO., L.P.A.


        /s/ *F. Harrison Green*
        F. Harrison Green, *Pro Hac Vice*
        Attorney for Plaintiff
        Executive Park, Suite 230
        4015 Executive Park Drive
        Cincinnati, Ohio  45241
        Tel. (513) 769-0840
        Fax (513) 563-2953
        Email:  fhgreen@fuse.net

## CERTIFICATE OF SERVICE

I hereby certify that on this the 28th day of May, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

**Kevin P. Robinson, Esq.**
**J. Timothy Schulte, Esq.**
Zimmerman, Kiser & Sutcliffe, P.A.
315 E. Robinson St., Suite 600
P.O. Box 3000
Orlando, FL 32802
krobinson@zkslawfirm.com
tschulte@zkslawfirm.com
*Attorneys for Defendants, Zimmerman, Kiser & Sutcliffe, P.A.; Kevin P. Robinson; Anthony M. Nardella, Jr.; and Nardella Chong, P.A.*

**A. Brian Phillips, Esq.**
A. Brian Phillips, P.A.
912 Highland Avenue
Orlando, FL 32803
Brian.Phillips@Phillips-law-firm.com
*Attorney for Defendants, Shirley Mascarella and John Mascarella*

**James J. Files, Esq.**
Cloninger & Files
1519 W. Broadway St.
P.O. Box 620337
Oviedo, FL 32762-0337
eclon@cloningerfiles.com
*Attorney for Defendants, Evelyn Watts Cloninger and Cloninger & Files*

**Matthew M. Smith, Esq.**
Office of Attorney General
501 E. Kennedy Blvd., Ste. 1100
Tampa, FL 33602
Matthew.Smith@myfloridalegal.com
*Attorney for Defendants, Judge Victor Hulslander, Judge Nancy F. Alley, and Judge John D. Galluzzo*

**Pierre J. Seacord, Esq.**
**Ruth E. Singer, Esq.**
Ringer, Henry, Buckley & Seacord, P.A.
14 E. Washington St., Ste. 200
Orlando, FL 32801
service-seacord@ringerhenry.com
rsinger@ringerhenry.com
*Attorneys for Defendant, Ann Marie Giordano Gilden*

**Matthew G. Brenner, Esq.**
**Ronald D. Edwards, Jr., Esq.**
Lowndes, Drosdick, Doster, Kantor & Reed, P.A.
215 North Eola Drive
P.O. Box 2809
Orlando, FL 32802
matt.brenner@lowndes-law.com
ronald.edwards@lowndes-law.com
*Attorneys for Defendant Wachovia Bank, N.A. n/k/a Wells Fargo Bank, N.A.*

**J. Randolph Leibler, Esq.**
**Marc T. Parrino, Esq.**
44 West Flagler Street
Miami, FL 33130
jrl@lgplaw.com
mtp@lgplaw.com
*Attorneys for Defendant, Bank of America, N.A.*

| | |
|---|---|
| **Chmari Anderson, Esq.** | **Howard H. Ellzey, Esq.** |
| P.O. Box 3604 | 5420 Central Ave. |
| Orlando, FL 32802-3604 | St. Petersburg, FL 33707 |
| chmarianderson@yahoo.com | howardellzey@howardellzey.com |

And by regular U.S. Mail, upon:

| | |
|---|---|
| **Rebecca Fierle** | **Judith Paul** |
| 1646 East Hillcrest Street | 5745 S.W. 75th Street, Suite 363 |
| Orlando, FL 32803 | Gainesville, FL 32608 |

**Farmers National Banc Corp.**
**dba Farmers National Bank**
Frank L. Paden, Statutory Agent
20 South Broad Street
Canfield, OH 44406

                                            /s/ *F. Harrison Green*
                                            F. Harrison Green
                                            Attorney for Plaintiff