DIS-2CIV Letter and Entry of Dismissal

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

No. 13-12505-EE

ANGELA V. WOODHULL,

Plaintiff - Appellant,

versus

REBECCA FIERLE,
individually,
NANCY F. ALLEY,
Judge, individually,
JOHN D. GALLUZZO,
Judge, individually,
VICTOR HULSLANDER,
Judge, individually,
ANN MARIE GIORDANO GILDEN,
individually, et al.,

Defendants - Appellees.

Appeal from the United States District Court
for the Middle District of Florida

ENTRY OF DISMISSAL: Pursuant to the 11th Cir.R. 42-2(c), this appeal is DISMISSED for want of prosecution because the appellant Angela V. Woodhull failed to file an appendix within the time fixed by the rules, effective July 23, 2013.

JOHN LEY
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by: Lois Tunstall, EE, Deputy Clerk

FOR THE COURT - BY DIRECTION

Case: 13-12505    Date Filed: 07/23/2013

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 23, 2013

Sheryl L. Loesch
U.S. District Court
401 W CENTRAL BLVD
ORLANDO, FL 32801

Appeal Number: 13-12505-EE
Case Style: Angela Woodhull v. Rebecca Fierle, et al
District Court Docket No: 6:13-cv-00384-JA-KRS

The enclosed copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4. Pursuant to 11th Cir. R. 42-2(c) and 42-3(c), when an appellant fails to timely file or correct a brief or appendix, the appeal shall be treated as dismissed on the first business day following the due date. This appeal was treated as dismissed on 07/23/2013.

Counsel and pro se parties are advised that pursuant to Fed.R.App.P. 25(a)(2)(A), a motion to set aside the dismissal and remedy the default "is not timely unless the clerk receives the papers within the time fixed for filing."

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Lois Tunstall, EE
Phone #: (404) 335-6224

Enclosure(s)